# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DONALD E. LEDFORD, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00056 |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 9, 2017 Order.

February 9, 2017

_____

Frank G. Johns, Clerk
United States District Court